# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
http://mottandgendronlaw.wix.com/mottandgendronlaw
Email: info.mottandgendronlaw@gmail.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

April 13, 2017

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET
PO BOX 908
HARRISBURG, PA 17108-0908

Re: Nicholette McClinton Harris
Bankruptcy No:1:16-bk-04552

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

BAYVIEW LOAN SERVICING
62516 COLLECTION CENTER DR
CHICAGO, IL 60693

to:

BAYVIEW LOAN SERVICING
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES, FL 33146


Please remove old address from mailing matrix.


Thank you for your attention to this matter.

Sincerely,

/s/Edith Warfel
Edith Warfel, Secretary to
Dorothy L. Mott, Attorney at Law