# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicholette McClinton Harris f/k/a Nicholette McClinton Harris-Reid <br> <u>Debtor</u> | CHAPTER 13 |
| Lakeview Loan Servicing, LLC <br> <u>Movant</u> <br> vs. | NO. 16-04552 RNO |
| Nicholette McClinton Harris f/k/a Nicholette McClinton Harris-Reid <br> <u>Debtor</u> | |
| Charles J. DeHart, III <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

## CERTIFICATE OF CONCURRENCE

Both Attorney for Movant and Attorney for Debtor have concurred with the request to withdraw the Motion for Relief filed on or about March 10, 2017.

Respectfully submitted,

**/s/ Thomas I. Puleo, Esquire**
Thomas I. Puleo, Esquire
Attorney for Movant/Applicant