# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*

Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
http://mottandgendronlaw.wix.com/mottandgendronlaw
Email: info.mottandgendronlaw@gmail.com

Dorothy L. Mott, Esquire  Telephone: (717) 232-6650
Kara K. Gendron, Esquire  Fax: (717) 232-0477

May 22, 2017

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET
PO BOX 908
HARRISBURG, PA 17108-0908

Re: Nicholette McClinton Harris
    Bankruptcy No:1:16-bk-04552

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

CAF
BOA CENTER 16TH FLOOR
1111 E MAIN STREET
RICHMOND, VA 23219

to:

CAF
CARMAX BUSINESS SERVICES LLC
225 CHASTAIN MEADOWS COURT
KENNESAW, GA 30144


Please remove old address from mailing matrix.


Thank you for your attention to this matter.

Sincerely,

/s/Edith Warfel
Edith Warfel, Secretary to
Dorothy L. Mott, Attorney at Law