Certificate Number: 13858-PAM-DE-035476325

Bankruptcy Case Number: 16-04552


13858-PAM-DE-035476325

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 18, 2021, at 9:16 o'clock PM CDT, Nicholette McClinton Harris completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 18, 2021                By:    /s/Karlee Ann Reardon

                                      Name:  Karlee Ann Reardon

                                      Title: Counselor