UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NICHOLETTE MCCLINTON HARRIS                    Case No.: 1-16-04552-HWV
                                               Chapter 13

    Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**            **MORTGAGE INFORMATION**
Creditor Name:                    M & T BANK
Court Claim Number:               07
Last Four of Loan Number:         162 N 2nd St - PRE-ARREARS - 8689
Property Address if applicable:   162 N 2ND STREET, , STEELTON, PA17113

**PART 2:**            **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.  Allowed prepetition arrearages:                                    $6,976.74
b.  Prepetition arrearages paid by the Trustee:                        $6,976.74
c.  Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c):                                   $0.00
d.  Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:           $0.00
e.  Allowed postpetition arrearage:                                    $0.00
f.  Postpetition arrearages paid by the Trustee:                       $0.00
g.  Total b, d, f:                                                     $6,976.74

**PART 3:**            **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**            **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2021

Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Creditor Name: M & T BANK
Court Claim Number: 07

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200 | 1172794 | 09/19/2017 | $239.42 | $0.00 | $239.42 |
| 5200 | 1174229 | 10/11/2017 | $488.47 | $0.00 | $488.47 |
| 5200 | 1175477 | 11/08/2017 | $486.39 | $0.00 | $486.39 |
| 5200 | 1176872 | 12/05/2017 | $486.39 | $0.00 | $486.39 |
| 5200 | 1178256 | 01/11/2018 | $486.39 | $0.00 | $486.39 |
| 5200 | 1179676 | 02/08/2018 | $486.39 | $0.00 | $486.39 |
| 5200 | 1181036 | 03/08/2018 | $486.39 | $0.00 | $486.39 |
| 5200 | 1182386 | 04/03/2018 | $486.39 | $0.00 | $486.39 |
| 5200 | 1185433 | 05/15/2018 | $486.39 | $0.00 | $486.39 |
| 5200 | 1186893 | 06/07/2018 | $486.39 | $0.00 | $486.39 |
| 5200 | 1188158 | 07/12/2018 | $486.39 | $0.00 | $486.39 |
| 5200 | 1189592 | 08/09/2018 | $486.39 | $0.00 | $486.39 |
| 5200 | 1190917 | 09/06/2018 | $486.40 | $0.00 | $486.40 |
| 5200 | 1192220 | 10/10/2018 | $484.30 | $0.00 | $484.30 |
| 5200 | 0 | 10/23/2018 | $-484.30 | $0.00 | $-484.30 |
| 5200 | 9005576 | 12/13/2018 | $898.55 | $0.00 | $898.55 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NICHOLETTE MCCLINTON HARRIS    Case No.: 1-16-04552-HWV
                                Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DOROTHY L MOTT LAW OFFICE, LLC<br>D/B/A MOTT & GENDRON LAW<br>125 STATE STREET<br>HARRISBURG PA, 17101- | SERVED ELECTRONICALLY |
| M&T BANK<br>SERVICER FOR LAKEVIEW LOAN SERVICING, LLC<br>PO BOX 840<br>BUFFALO, NY, 14240-0840 | SERVED BY 1ST CLASS MAIL |
| NICHOLETTE MCCLINTON HARRIS<br>162 N 2ND STREET<br>STEELTON, PA  17113 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021

s/  Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com