In re:                                 Case No. 16-04552-HWV

Nicholette McClinton Harris             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: AutoDocke          Page 1 of 3
Date Rcvd: Mar 26, 2021     Form ID: 3180W        Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholette McClinton Harris, 162 N 2nd Street, Steelton, PA 17113-2201 |
| 4852098 | + | BAYVIEW LOAN SERVICING, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL 33146-1873 |
| 4852099 | + | CAF, CARMAX BUSINESS SERVICES LLC, 225 CHASTAIN MEADOWS COURT, KENNESAW, GA 30144-5897 |
| 4852101 | + | CAPITAL TAX COLLECTION BUREAU, HARRISBURG DIVISION, 2301 NORTH THIRD STREET, HARRISBURG, PA 17110-1816 |
| 4852104 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAX, DEPT 280431, HARRISBURG, PA 17128-0431 |
| 4865749 | + | CarMax Business Services LLC, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |
| 4894791 | + | Lakeview Loan Servicing, LLC, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 4852111 | + | SNAP FINANCE, 1760 W 2100 S #26561, SALT LAKE CITY, UT 84199-9995 |
| 4872673 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 4852114 | + | USDOE/GLELSI, 2401 INTERNATIONAL, MADISON, WI 53704-3121 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4852096 | + | Email/Text: bankruptcy@rentacenter.com | Mar 26 2021 19:46:00 | ACCEPTANCE NOW, 5501 HEADQUARTERS, PLANO, TX 75024-5837 |
| 4873812 | | EDI: ATLASACQU | Mar 26 2021 23:08:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 4852097 | + | EDI: TSYS2.COM | Mar 26 2021 23:08:00 | BARCLAY'S BANK DE, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 4852098 | + | EDI: LCIBAYLN | Mar 26 2021 23:08:00 | BAYVIEW LOAN SERVICING, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL 33146-1873 |
| 4852100 | | EDI: CAPITALONE.COM | Mar 26 2021 23:08:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4852102 | + | Email/Text: dehartstaff@pamd13trustee.com | Mar 26 2021 19:45:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036-8625 |
| 4852103 | | EDI: PENNDEPTREV | Mar 26 2021 23:08:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4852103 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2021 19:44:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4852105 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 26 2021 19:42:00 | COMMONWEALTH OF PA, BUREAU OCCUPATIONAL & INDUSTRIAL SAFETY, CENTRAL COLLECT, RM 1606, L&I BLDG, 651 BOAS STREET, HARRISBURG, PA 17121-0725 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4852106 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 26 2021 19:42:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE ROAD, STE 3000, SOUTHFIELD, MI 48034-8331 |
| 4852107 | + | EDI: AMINFOFP.COM | Mar 26 2021 23:08:00 | FIRST PREMIER BANK, 3820 N LOUISE AVENUE, SIOUX FALLS SD 57107-0145 |
| 4852108 | | EDI: IRS.COM | Mar 26 2021 23:08:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5132882 | | Email/Text: camanagement@mtb.com | Mar 26 2021 19:43:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY. 14240-1288 |
| 5132883 | + | Email/Text: camanagement@mtb.com | Mar 26 2021 19:43:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY. 14240-1288, Lakeview Loan Servicing LLC, c/o M&T Bank 14240-1288 |
| 4852110 | + | Email/Text: unger@members1st.org | Mar 26 2021 19:46:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 4895792 | | EDI: PRA.COM | Mar 26 2021 23:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4891098 | | EDI: JEFFERSONCAP.COM | Mar 26 2021 23:08:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4852112 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 26 2021 19:42:00 | UNEMPLOYMENT COMP OVERPAYMENT MATTERS, DEPT OF LABOR AND INDUSTRY, OFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4852113 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 26 2021 19:42:00 | UNEMPLOYMENT COMP TAX MATTERS, HARRISBURG CASES - OFF OF CHIEF COUNSEL, DEPT OF LABOR & INDUSTRY, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 4895834 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 4852109 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2021　　　　　　　　Signature:　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dorothy L Mott | on behalf of Debtor 1 Nicholette McClinton Harris DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Thomas I Puleo | on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Nicholette McClinton Harris<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9125<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–04552–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

      Nicholette McClinton Harris
      fka Nicholette McClinton Harris–Reid

3/26/21

**By the court:** Henry W. Van Eck
                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2